In the Matter of the Judicial Settlement of the Account of RICHARD A. EAGLE, as Administrator, etc., of CHARLES N. BUTLER, Late of Queens County, Deceased. HARRIET BAUMANN and RICHARD A. EAGLE, as Administrator, etc., of CHARLES N. BUTLER, Deceased, Appellants; CENTRAL ISLIP STATE HOSPITAL, Respondent.— The decision of this court handed down on January 25, 1935 [ante, p. 626], is hereby amended to read as follows: Decree of the Surrogate's Court of Queens county in so far as it directs the payment of $597.60 to the Central Islip State Hospital on account of its claim, approved in the sum of $1,000, unanimously affirmed, without costs. (Matter of Wesley, 156 App. Div. 403; Mental Hygiene Law, §§ 79, 80 and 82; Matter of Marsh, 242 App. Div. 290.) Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.